# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ11-324 |
|---|---|
| Plaintiff, | |
| v. | DETENTION ORDER |
| TUC LY, | |
| Defendant. | |

<u>Offense charged</u>:

    Count 1:    Conspiracy to Distribute MDMA, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

<u>Date of Detention Hearing</u>: July 18, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

2. The evidence against the defendant, although the least significant factor, is very strong.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3. Defendant has family and friends residing in Vietnam.

4. Defendant is charged with distributing MDMA with a street value in excess of $1.2 million. He also has ties to a Canadian supplier.

5. Under the Guidelines, defendant could be looking at a range of 11 to 14 years.

6. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of July, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge